ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Siemens Government Technologies, Inc. | ) | ASBCA No. 62273 |
| | ) | |
| Under Contract No. W912DY-10-D-0034 | ) | |

APPEARANCES FOR THE APPELLANT:   Lucas T. Hanback, Esq.
Richard M. Harris, Esq.
  Rogers Joseph O'Donnell, P.C.
  Washington DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Karen L. King Vanek, Esq.
Karl W. Kuhn, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 4, 2020

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62273, Appeal of Siemens Government Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:  August 5, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals